# United States Court of Appeals

## For the First Circuit

Nos. 05-2125, 05-2228

UNITED STATES OF AMERICA,

Appellee,

v.

JAMIE EDELKIND,

Defendant, Appellant.

ERRATA

The opinion of this court issued on October 31, 2006, is amended as follows:

On page 8, lines 12-13, replace the phrase:

"stating that 'Lehman Brothers but not Fairmont was a financial institution.'"

with the phrase:

"stating that 'Fairmont is not a financial institution but Lehman Brothers, to which it sold the note, is.'"